UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

| | |
|---|---|
| MILTON GOTAY,<br>    Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, L.L.C.;<br>WELTMAN, WEINBERG & REIS CO., L.P.A.;<br>COHAN & SLAMOWITZ L.L.P.,<br>TRANSUNION, L.L.C.; and EQUIFAX<br>INFORMATION SERVICES, L.L.C.;<br>    Defendants. | CASE NO. 1:12-cv-06624-JFK<br>ECF Case<br><br><br>**ODER FOR ADMISSION<br>PRO HAC VICE** |

The motion of __Terri R. Brown__, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar(s) of the state(s) Indiana ; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Terri R. Brown |
| Firm Name: | Schuckit & Associates, P.C. |
| Address: | 4545 Northwestern Drive |
| City/State/Zip: | Zionsville, IN 46077 |
| Phone Number: | (317) 363-2400 |
| Fax Number: | (317) 363-2257 |
| E-Mail: | tbrown@schuckitlaw.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-18-12

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Trans Union, LLC, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/18/12

_____
United States District Judge

DISTRIBUTION TO:

| Ahmad Keshavarz, Esq. | Terri R. Brown, Esq. |
|---|---|
| ahmad@newyorkconsumerattorney.com | tbrown@schuckitlaw.com |