UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Milton Gotay,

**1:12-cv-06624-JFK**

Plaintiff,

**ORDER FOR ADMISSION
PRO HAC VICE**

-against-

Discover Financial Services, L.L.C.; Weltman,
Weinberg & Reis Co., L.P.A.; Cohen &
Slamowitz L.L.P.; Transunion, L.L.C.;
Equifax Information Services L.L.C,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-12
```

---

The motion of Brian J. Olson for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared the he is a member in good standing of the bar(s) of the state(s) of Georgia; and that his contact information is as follows:

> Applicant's Name:  Brian J. Olson
> Firm Name:  King & Spalding LLP
> Address:  1180 Peachtree Street
> City/State/Zip:  Atlanta, GA  30309
> Telephone/Fax:  404-215-5806 / 404-572-5100

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Equifax Information Services LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated  11/8/12

_____
United States District/Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Milton Gotay,

                    Plaintiff,

-against-

Discover Financial Services, L.L.C.; Weltman,
Weinberg & Reis Co., L.P.A.; Cohen &
Slamowitz L.L.P.; Transunion, L.L.C.;
Equifax Information Services L.L.C,

                    Defendants.

**1:12-cv-06624-JFK**

**MOTION FOR ADMISSION**

**PRO HAC VICE**

---

        Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Brian J. Olson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Equifax Information Services LLC in the above-captioned action.

        I am in good standing of the bar(s) of the state(s) of Georgia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  November 5, 2012

                        Respectfully Submitted,

                        /s/ Brian J. Olson
                        Applicant's Name:  Brian J. Olson
                        Firm Name:  King & Spalding LLP
                        Address:  1180 Peachtree Street
                        City/State/Zip:  Atlanta, GA  30309
                        Telephone/Fax:  404-215-5806 / 404-572-5100
                        E-Mail:  BJOlson@KSLaw.com

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Brian James Olson
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309-3521

**CURRENT STATUS:**       Active Member-Good Standing
**DATE OF ADMISSION:**    06/19/1995
**BAR NUMBER:**           553054
**TODAY'S DATE:**         11/05/2012

**Listed below are the public disciplinary actions, if any, which have been taken against this member:**

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member.  It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court.  With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints.  Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204.**  The member is current in license fees and is not suspended or disbarred as of the date of this letter.



## STATE BAR OF GEORGIA

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA OFFICE**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

**COASTAL GEORGIA OFFICE**
18 E. Bay Street
Savannah, Georgia 31401-1225
(912) 239-9910 ■ (877) 239-9910
FAX (912) 239-9970