UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

MILTON GOTAY,
    Plaintiff,

CASE NO. 1:12-cv-06624-JFK
ECF Case

vs.

DISCOVER FINANCIAL SERVICES, L.L.C.;
WELTMAN, WEINBERG & REIS CO., L.P.A.;
COHAN & SLAMOWITZ L.L.P.,
TRANSUNION, L.L.C.; and EQUIFAX
INFORMATION SERVICES, L.L.C.;
    Defendants.

ODER FOR ADMISSION
PRO HAC VICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-22-13

    The motion of __Paul A. Jansen__, for admission to practice Pro Hac Vice in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar(s) of the state(s) Indiana ; and that his contact information is as follows:

|  |  |
|---|---|
| Applicant's Name: | Paul A. Jansen |
| Firm Name: | Schuckit & Associates, P.C. |
| Address: | 4545 Northwestern Drive |
| City/State/Zip: | Zionsville, IN 46077 |
| Phone Number: | (317) 363-2400 |
| Fax Number: | (317) 363-2257 |
| E-Mail: | pjansen@schuckitlaw.com |

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Trans Union, LLC, in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2/22/13

*John F. Keenan*
United States District Judge

DISTRIBUTION TO:

| | |
|---|---|
| Ahmad Keshavarz, Esq. ahmad@newyorkconsumerattorney.com | Terri R. Brown, Esq. tbrown@schuckitlaw.com |
| Brian J. Olson, Esq. bjolson@kslaw.com | Wendy B. Shepps, Esq. wshepps@podvey.clom |
| Paul A. Jansen, Esq. pjansen@schuckitlaw.com | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

| | |
|---|---|
| MILTON GOTAY,<br>   Plaintiff, | CASE NO. 1:12-cv-06624-JFK<br>ECF Case |
| vs. | |
| DISCOVER FINANCIAL SERVICES, L.L.C.;<br>WELTMAN, WEINBERG & REIS CO., L.P.A.;<br>COHAN & SLAMOWITZ L.L.P.,<br>TRANSUNION, L.L.C.; and EQUIFAX<br>INFORMATION SERVICES, L.L.C.;<br>   Defendants. | **MOTION FOR ADMISSION<br>PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, __Paul A. Jansen__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Trans Union, LLC, in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _____Indiana_____ and there are no pending disciplinary proceedings against me in any state or federal court.

Date: __February 21, 2013__      Respectfully submitted,

                 *s/ Paul A. Jansen*
                 Paul A. Jansen, Esq.
                 (*Pro Hac Vice* Pending)
                 Schuckit & Associates, P.C.
                 4545 Northwestern Drive
                 Zionsville, IN  46077
                 Telephone: (317) 363-2400
                 Fax: (317) 363-2257
                 E-Mail: pjansen@schuckitlaw.com

                 *Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **21st day of February, 2013**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Ahmad Keshavarz, Esq. ahmad@newyorkconsumerattorney.com | Wendy B. Shepps, Esq. wshepps@podvey.com |
|---|---|
| Brian J. Olson, Esq. bjolson@kslaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **18th day of February, 2013**, properly addressed as follows:

| None | |
|---|---|

*s/ Paul A. Jansen*
Paul A. Jansen, Esq.
(*Pro Hac Vice* Pending)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  pjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

*PAUL ANDREW JANSEN*

is a member of the bar of said Court since admission on *October 14, 2011*, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this *15th* day of *February*, 20 *13*.

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA