UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

MILTON GOTAY,

                Plaintiff,

    -against-

DISCOVER FINANCIAL SERVICES,
LLC, et al.,

                Defendants.
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2013

**ORDER**

12 Civ. 6624 (JFK) (FM)

**FRANK MAAS**, United States Magistrate Judge.

    It is hereby ORDERED that a discovery and settlement conference in this matter has been scheduled for March 19, 2013, at 2 p.m., in Courtroom 9A of the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York. The plaintiff, plaintiff's counsel, and defendants' counsel are directed to appear in person. Representatives of the defendants with settlement authority shall be permitted to participate by telephone. They may do so by calling into a conference call center and providing the Court with the dial-in information.

    SO ORDERED.

Dated:    New York, New York
            March 1, 2013

                                          FRANK MAAS
                               United States Magistrate Judge

Copies to:

Hon. John F. Keenan
United States District Judge

All counsel (via ECF)