UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x

MILTON GOTAY,                              :

              Plaintiff,        :

      -against-                      :

DISCOVER FINANCIAL SERVICES,   :
LLC, et al.,

                        :

             Defendants.     :
----------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 3/21/2013
```

**ORDER**

12 Civ. 6624 (JFK) (FM)

**FRANK MAAS,** United States Magistrate Judge.

      Pursuant to the conference held on March 19, 2013, it is hereby ORDERED

that a further telephone conference shall be held on June 3, 2013, at 10 a.m.

      SO ORDERED.

Dated:      New York, New York
              March 21, 2013

                            FRANK MAAS
                 United States Magistrate Judge

Copies to:

Hon. John F. Keenan
United States District Judge

All counsel (via ECF)